NEWELL BALL, who was sued as "NEWALL" BALL, with FRED. JONES, Agent for "NEWALL" BALL, d. b. *vs.* WILLIAM J. HALL, p. b.

*Justice of Peace—Certiorari—Cause of Action; Sufficiency of.*

The record of the Justice stated the cause of action as follows: "For violation of promises." Held to be insufficient, because from it the Court could not determine whether the action was within the jurisdiction of the Justice or not.

(*October 11, 1904.*)

LORE, C. J., and GRUBB and PENNEWILL, J. J., sitting.

*Woodburn Martin* for plaintiff in error.

*Charles F. Richards* for defendant in error.

Superior Court, Sussex County, October Term, 1904.

CERTIORARI (No. 58, Oct. Term, 1904.)

The record of the Justice stated the cause of action as follows: "For violation of promises. Demand $100." The following exception was filed to said record: "That the said record does not sufficiently state the cause of action."

LORE, C. J.:—As the record fails to state the nature of the promises, we are unable to determine whether the action was within the jurisdiction of the Justice or not.

Let the judgment below be reversed.